# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DEBORAH LAUFER,          )
      Plaintiff,         )
                  )     CIVIL ACTION
      v.             )     NO. 3:20-cv-30039-MGM
                  )
RIDDHI BR, LLC.        )
*a Massachusetts Corporation*   )
      Defendant.     )

## DEFAULT JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**DEFAULT JUDGMENT** entered for the plaintiff Deborah Laufer, against the defendant Riddhi BR, LLC., pursuant to the court's electronic order entered this date, granting plaintiff's motion for default judgment in the amount of $1,650

                **ROBERT M. FARRELL**,
                CLERK OF COURT

Dated: March 31, 2021      By /s/ *Maurice G. Lindsay*
                Maurice G. Lindsay
                Deputy Clerk

(Civil Judgment (Routine) 8 MGM.wpd - 11/98)
[jgm.]